In the Matter of Edward Ward Vanderbilt, an Alleged Incompetent, Respondent. Minerva Vanderbilt, Appellant.— Motion denied, without costs.    Present — Woodward, Jenks, Gaynor, Burr and Miller, JJ.

Lewis J. Jacobs, Appellant, v. James Feinstein and Others, Respondents.— Motion granted, without costs.    Present — Woodward, Jenks, Gaynor, Burr and Miller, JJ.

Joseph Lewis, Appellant, v. Charles W. Gehlen, Respondent.— Motion denied, without costs.    Present — Hirschberg, P. J., Woodward, Jenks, Rich and Miller, JJ.

Abraham B. Loewy, Respondent, v. Morris Gordon and Another, Appellants. — Motion granted, with costs.    Present — Woodward, Jenks, Gaynor, Burr and Miller, JJ.

Antonio Lovaglio, an Infant, etc., Appellant, v. The New York Central and Hudson River Railroad Company, Respondent.— Motion denied.    Present — Woodward, Jenks, Gaynor, Burr and Miller, JJ.

Townsend Mathews, Respondent, v. Margaretha Schonwald, Appellant.— Motion denied, with ten dollars costs.    Present — Woodward, Jenks, Gaynor, Burr and Miller, JJ.

Rosalynde De Lima Mayer, Respondent, v. Cyrus P. Jones and Others, Defendants. William R. Smith, Appellant.— Motion for stay granted, without costs.    Present — Woodward, Jenks, Gaynor, Burr and Miller, JJ.

The McCall Company, Appellant, v. Frederick Unser, Respondent.— Motion denied, with ten dollars costs.    Present — Woodward, Jenks, Gaynor, Burr and Miller, JJ.

John Miller, Appellant, v. John M. Gardner, Respondent.— Motion denied with ten dollars costs.    Present — Woodward, Jenks, Gaynor, Burr and Miller, JJ.

Hugh Moore, Respondent, v. Eugene J. Grant and Sydney Grant, Appellants. — Motion denied.    Present — Woodward, Jenks, Gaynor, Burr and Miller, JJ.

Peter Petersen, Respondent, v. New York Contracting Company — Pennsylvania Terminal, Appellant.— Motion denied, with ten dollars costs.    Present — Woodward, Jenks, Gaynor, Burr and Miller, JJ.

Henry H. Petze, Appellant, v. Daniel J. Leary, Respondent.— Motion denied, without costs.    Present — Hirschberg, P. J., Woodward, Jenks, Rich and Miller, JJ.

Robert Plaut, Appellant, v. John Straub, Impleaded, etc., Respondent.— Motion denied, without costs.    Present — Woodward, Jenks, Gaynor, Burr and Miller, JJ.

The People of the State of New York, Respondent, v. Transit Development Company, Appellant.— Motion denied.    Present — Woodward, Jenks, Gaynor, Burr and Miller, JJ.